# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT AND CHANGE OF PLEA MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES – CRIMINAL |
| | BEFORE:  Michael J. Davis |
| Plaintiff, | U.S. District Court |

| | | |
|---|---|---|
| v. | Case No.: | 26-CR-00096-MJD-1 |
| | Date: | July 9, 2026 |
| JILLAINE MERTENS, | Courtroom: | 13E |
| | Court Reporter: | Janell Gruber |
| Defendant. | Time Commenced: | 11:09 a.m. |
| | Time Concluded: | 11:42 a.m. |
| | Time in Court: | 33 minutes |

## APPEARANCES:

Plaintiff:     Shankar Ramamuthy, Assistant U.S. Attorney
Defendant:  Joseph Patrick Tamburino, RET

## PROCEEDINGS:

☒  **Initial Appearance and Arraignment:**
Date:  Charges Filed:  May 20, 2026
   OFFENSE:     Count 1:  18:1343 WIRE FRAUD

☒  Advised of Rights

☒  Waived Reading of Charges      ☒ Waiver of Indictment

☒  **Change of Plea Hearing:**
   ☒  **PLEA**:
       ☒  Guilty as to Count 1 of the Information.
       ☒  A Presentence Investigation and Report requested.
       ☒  Defendant is released on pretrial conditions.

Date:  July 9, 2026                                                              s/GRR
                                            Courtroom Deputy to Judge Michael J. Davis